James Morris Balagia, San Antonio, TX, for Defendant–Appellant.

Rogelio Cervantes–Del Toro, Pecos, TX, pro se.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Rogelio Cervantes–Del Toro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Cervantes–Del Toro has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Douglas Victor LOLLAR,**
**Defendant–Appellant.**

No. 11–51275
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Evers Jason Leach, Law Office of E. Jason Leach, Odessa, TX, for Defendant–Appellant.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Douglas Victor Lollar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Lollar has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lollar's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Lollar's motion for authorization to proceed pro se on appeal is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.